Case 4:20-cr-00053-RSB-CLR   Document 686   Filed 04/29/24   Page 1 of 1

AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America<br>v.<br>Deron Hopkins,<br>AKA "Big D" | )<br>)  Case No:   4:20CR00053-5<br>)<br>)  USM No:   61306-509<br>) |
| Date of Original Judgment:   April 6, 2022<br>Date of Previous Amended Judgment:   N/A<br>*(Use Date of Last Amended Judgment if Any)* | )  Diane Morrell McLeod<br>*Defendant's Former Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   April 6, 2022   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 29, 2024

Effective Date: _____
*(if different from order date)*

R. Stan Baker
United States District Judge
Southern District of Georgia